IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC SCHILLING, BLAINE KROHN, AND
ERIK SINCLAIR,

    Plaintiffs,                                        Case No. 16-cv-202-wmc

    v.

PGS INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant PGA Inc. against named plaintiffs Eric Schilling, Blaine Krohn and Erik Sinclair on plaintiffs' state law and FLSA claims in Counts I and II of the Third Amended Complaint.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor defendant PGA Inc. against all Rule 23 class members who did not opt out on plaintiffs' state law claims in Count II of the Third Amended Complaint.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant PGA, Inc. against all FLSA collective action members on plaintiffs' FLSA claim in Count I of the Third Amended Complaint.

_V. Olmo, Deputy Clerk_                                     2/26/2019
Peter Oppeneer, Clerk of Court                    Date