UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

**Eric Schilling**
**Blaine Krohn**
**Erik Sinclair**

**On behalf of themselves and**
**all others similarly situated**

    **Plaintiffs**

    **v.**                                      Case No. 16-CV-202

**PGA Inc.**

    **Defendant.**

## NOTICE OF APPEAL

Please take notice that Plaintiffs, Eric Schilling, Blaine Krohn and Erik Sinclair, hereby appeal to the United States Court of Appeals for the Seventh Circuit the District Court's orders dated October 23, 2018 (Docket #132) and February 25, 2019 (docket #141) that incorrectly granted the Defendant's motion for partial summary judgment, and that incorrectly denied the Plaintiffs' motions for partial summary judgment and reconsideration; as well as the judgment entered by the Court on February 26, 2019 (docket #142).

Dated this 7th day of March, 2019.

                                                      /s/Yingtao Ho
                                                      Yingtao Ho (SBN #1045418)
                                                      yh@previant.com
                                                      THE PREVIANT LAW FIRM, S.C.
                                                      310 W. Wisconsin Ave. Suite 100MW
                                                      Milwaukee, WI 53202
                                                      (414) 271-4500
                                                      (414) 271-6308 FAX

                                                      Attorneys for Plaintiffs